IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MARYLAND
Civil Division

| | |
|---|---|
| MARLOW B. KERR <br> 904 Bluestone Road <br> Durham, North Carolina 27713 | * <br> * |
| And | * |
| BRENDALYN M. BRADLEY-KERR <br> 904 Bluestone Road <br> Durham, North Carolina 27713 | * <br> * |
| And | * |
| BRENDALYN M. BRADLEY-KERR, <br> Individually and as Mother <br> and Next Friend of CAYMON B. <br> KERR, a minor <br> 904 Bluestone Road <br> Durham, North Carolina 27713 | * <br> <br> * <br> <br> * <br> * |
| And | * |
| BARBARA M. BRADLEY <br> LAWRENCE BRADLEY <br> 3406 Scott Drive <br> Durham, North Carolina  27713 | <br> * <br> <br> * |
| Plaintiffs | * |
| vs. | * |
| DEBORAH LEE CALLAWAY <br> 971 Ridge Way Drive <br> Annapolis, Maryland 21401 | * <br> <br> * |
| And | * |
| DISPATCH MANAGEMENT SERVICES <br> CORP. <br> 1981 Marcus Avenue, #C131 <br> Lake Success, New York 11042 | * <br> <br> * <br> <br> * |
| Serve: <br>    Edward Button, Esq. <br>    20 W. Washington Street, <br>    #501 <br>    Hagerstown, Maryland 21740 | <br> * <br> <br> * <br> <br> * |

Civil Case No. WMN 02CV1253
Judge William M. Nickerson

  And

I.C. SERVICES CORPORATION   *
618 Main Street
Winchester, Massachusetts 01890

Serve:  *
  Mr. James K. Gardner
  1 Pleasant Street  *
  Rockport, Massachusetts
    *
   and/or
    *
  Mr. William H. Quigley, Jr.
  22801 Howard Chapel Road *
  Brookeville, Maryland 20837

  And  *

DISPATCH MANAGEMENT SERVICES *
OF THE NATIONAL CAPITAL AREA
INC.  *
12240 Indian Creek Court
Beltsville, Maryland 20705 *

Serve:  *
  Mr. Gilbert D. Carpel
  6101 Goldtree Way *
  Bethesda, Maryland 20817
    *
  And
    *
DISPATCH MANAGEMENT SERVICES
ACQUISITION CORP. *
65 West 36th Street, Suite 300
New York City, New York   10018

Serve:  *
  Department of Assessments
  and Taxation *
  301 West Preston Street,
  Room 801 *
  Baltimore, MD 21201
    *
   and/or
    *
  Edward N. Button, Esq.
  20 W. Washington Street, *
  Suite 501
  Hagerstown, Maryland 21740

  And  *

WASHINGTON EXPRESS SERVICES, *
INC.

```
12240 Indian Creek Court
Beltsville, Maryland 20705      *

Serve:                          *
    Mr. Kevin L. Holder
    4261 Howard Avenue          *
    Kensington, Maryland 20894
                                *
        and/or
                                *
    Mr. Gilbert D. Carpel
    6101 Goldtree Way           *
    Bethesda, Maryland 20817
                                *
    and

WASHINGTON EXPRESS, L.L.C.      *
12240 Indian Creek Court, #100
Beltsville, Maryland 20705      *

Serve:                          *
    Mr. Gilbert D. Carpel
    12240 Indian Creek Court    *
    #100
    Beltsville, Maryland 20705

ROAD MANAGEMENT SERVICES OF     *
MARYLAND, L.L.C.
917 Sixth Street, N.W.          *
Washington, District of
Columbia 20001                  *

Serve:                          *
    Mr. Edward C. Emerson
    3421 Wake Drive             *
    Kensington, Maryland 20895
                                *
        Defendants              *
```

O R D E R

Upon consideration of Plaintiffs' Consent Motion For Leave To File An Amended Complaint, it is this 26th day of April, 2002, by the United States District Court For The ~~Southern~~ District of Maryland hereby;

ORDERED:

That Plaintiffs be permitted to file an Amended Complaint.

Entered this __26th__ day of __April__, 2002.

_____
JUDGE
United States District Court For
The ~~Southern~~ District of Maryland


cc: John C. Williams, Esq.
    888 17th Street, N.W., #504
    Washington, D.C. 20006

    James P. O'Meara, Esq.
    401 N. Charles Street
    Baltimore, MD 21201