```
                                              ____FILED    ____ENTERED
                                              ____LODGED   ____RECEIVED

                                                   JUN 7 - 2002
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MARYLAND

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

Civil Division

| | |
|---|---|
| MARLOW B. KERR<br>904 Bluestone Road<br>Durham, North Carolina 27713 | * |
| And | * |
| BRENDALYN M. BRADLEY-KERR<br>904 Bluestone Road<br>Durham, North Carolina 27713 | * |
| And | * |
| BRENDALYN M. BRADLEY-KERR,<br>Individually and as Mother<br>and Next Friend of CAYMON B.<br>KERR, a minor<br>904 Bluestone Road<br>Durham, North Carolina 27713 | * |
| And | * |
| BARBARA M. BRADLEY<br>LAWRENCE BRADLEY<br>3406 Scott Drive<br>Durham, North Carolina 27713 | * |
| Plaintiffs | * |
| vs. | *  Civil Case No. WMN 02CV1253<br>Judge William M. Nickerson |
| DEBORAH LEE CALLAWAY<br>971 Ridge Way Drive<br>Annapolis, Maryland 21401 | * |
| And | * |
| DISPATCH MANAGEMENT SERVICES<br>CORP.<br>1981 Marcus Avenue, #C131<br>Lake Success, New York 11042 | * |
| And | * |
| I.C. SERVICES CORPORATION<br>618 Main Street<br>Winchester, Massachusetts 01890 | * |

|  |  |
|---|---|
| And | * |
| DISPATCH MANAGEMENT SERVICES OF THE NATIONAL CAPITAL AREA INC. | * |
| 12240 Indian Creek Court Beltsville, Maryland 20705 | * |
| And | * |
| DISPATCH MANAGEMENT SERVICES ACQUISITION CORP. 65 West 36th Street, Suite 300 New York City, New York  10018 | * * |
| And | * |
| WASHINGTON EXPRESS SERVICES, INC. 12240 Indian Creek Court Beltsville, Maryland 20705 | * * * |
| And | * |
| WASHINGTON EXPRESS, L.L.C. 12240 Indian Creek Court, #100 Beltsville, Maryland 20705 | * * |
| And | * |
| ROAD MANAGEMENT SERVICES OF MARYLAND, L.L.C. 917 Sixth Street, N.W. Washington, District of Columbia 20001 | * * * |
| Defendants | * |

## PLAINTIFFS' VOLUNTARY DISMISSAL OF DEFENDANTS

Comes now the Plaintiffs, through their counsel of record, John C. Williams, Esq., and voluntarily dismisses the defendants listed below:

" _APPROVED_ " THIS _10th_ DAY OF _June_, 20_02_

_____
UNITED STATES DISTRICT JUDGE

    1.    WASHINGTON EXPRESS, L.L.C.

    2.    WASHINGTON EXPRESS SERVICES, INC.

    3.    ROAD MANAGEMENT SERVICES OF MARYLAND, L.L.C.

This voluntary dismissal is filed under Rule 41 (A) (1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

LAW OFFICES
WILLIAMS & WILLIAMS, P.C.

*(signature)*

JOHN C. WILLIAMS, ESQ. (#12813)
Attorney for Plaintiffs
888 17th Street, N.W., #504
Washington, D.C. 20006
202-296-3320


### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 6th day of June, 2002, to:

James P. O'Meara, Esq.
Attorney for Defendant, Callaway
401 N. Charles Street
Baltimore, MD 21202

Alan B. Neurick, Esq.
Jeffrey R. Schmieler, Esq.
c/o Messrs. Sanders & Schmieller
8737 Colesville Road, #L-200
Silver Spring, MD 20910-3921
Attorney for Defendants,

Silver Spring, MD 20910-3921
Attorney for Defendants,
Dispatch Management Services Corp.
I.C. Services Corporation
Dispatch Management Services Acquisition Corp.


Mr. Gilbert D. Carpel, President
Number 9 Capital Corp.
(previously known as Dispatch Management
Services of the National Capital Area, Inc.)
6101 Goldtree Way
Bethesda, MD 20817

Mr. Gilbert D. Carpel, President
Washington Express Services, Inc.
12240 Indian Creek Court, #100
Beltsville, MD 20894

Mr. Gilbert D. Carpel, President
Washington Express, L.L.C.
12240 Indian Creek Court, #100
Beltsville, MD 20894

Mr. Edward Emerson, Registered Agent
Road Management Services of Maryland, L.L.C.
3421 Wake Drive
Kensington, MD 20895


LAW OFFICES
WILLIAMS & WILLIAMS, P.C.


_____
JOHN C. WILLIAMS, ESQ. (#12813)
Attorney for Plaintiffs