IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MARYLAND

Civil Division

MARLOW B. KERR　　　　　　　　　　＊
904 Bluestone Road
Durham, North Carolina 27713　　　＊

　　　And　　　　　　　　　　　　＊

BRENDALYN M. BRADLEY-KERR　　　　＊
904 Bluestone Road
Durham, North Carolina 27713　　　＊

　　　And　　　　　　　　　　　　＊

BRENDALYN M. BRADLEY-KERR,　　　　＊
Individually and as Mother
and Next Friend of CAYMON B.　　　＊
KERR, a minor
904 Bluestone Road　　　　　　　　＊
Durham, North Carolina 27713
　　　　　　　　　　　　　　　　＊
　　　And
　　　　　　　　　　　　　　　　＊
BARBARA M. BRADLEY
LAWRENCE BRADLEY　　　　　　　　＊
3406 Scott Drive
Durham, North Carolina  27713　　＊

　　　Plaintiffs　　　　　　　　＊

　　vs.　　　　　　　　　　　　　＊　　Civil Case No. WMN 02CV1253
　　　　　　　　　　　　　　　　　　　Judge William M. Nickerson
DEBORAH LEE CALLAWAY　　　　　　＊
971 Ridge Way Drive
Annapolis, Maryland 21401　　　　＊

　　　And　　　　　　　　　　　　＊

DISPATCH MANAGEMENT SERVICES　　＊
CORP.
1981 Marcus Avenue, #C131　　　　＊
Lake Success, New York 11042
　　　　　　　　　　　　　　　　＊
　　　And
　　　　　　　　　　　　　　　　＊
I.C. SERVICES CORPORATION
618 Main Street　　　　　　　　　＊
Winchester, Massachusetts 01890
　　　　　　　　　　　　　　　　＊
　　　And　　　　　　　　　　　　＊

```
DISPATCH MANAGEMENT SERVICES      *
OF THE NATIONAL CAPITAL AREA
INC.                              *
12240 Indian Creek Court
Beltsville, Maryland 20705        *

        And                       *

DISPATCH MANAGEMENT SERVICES      *
ACQUISITION CORP.
65 West 36th Street, Suite 300    *
New York City, New York   10018
                                  *
        Defendants
                                  *
```

PLAINTIFFS' VOLUNTARY DISMISSAL OF DEFENDANT

Comes now the Plaintiffs, through their counsel of record, John C. Williams, Esq., and voluntarily dismisses the defendant listed below:

1. DISPATCH MANAGEMENT SERVICES OF THE NATIONAL CAPITAL AREA INC.

This voluntary dismissal is filed under Rule 41 (A) (1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

LAW OFFICES
WILLIAMS & WILLIAMS, P.C.

*[signature: John C. Williams]*

JOHN C. WILLIAMS, ESQ. (#12813)
Attorney for Plaintiffs
888 17th Street, N.W., #504
Washington, D.C. 20006
202-296-3320

APPROVED " THIS 8th DAY OF July, 20 02
*[signature]*
SENIOR UNITED STATES [JUDGE]

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 2nd day of July, 2002, to:

James P. O'Meara, Esq.
Attorney for Defendant, Callaway
401 N. Charles Street
Baltimore, MD 21202

Alan B. Neurick, Esq.
Jeffrey R. Schmieler, Esq.
c/o Messrs. Sanders & Schmieler
8737 Colesville Road, #L-200
Silver Spring, MD 20910-3921
Attorney for Defendants,
Dispatch Management Services Corp.
I.C. Services Corporation
Dispatch Management Services Acquisition Corp.

Mr. Gilbert D. Carpel, President
Number 9 Capital Corp.
(previously known as Dispatch Management
Services of the National Capital Area, Inc.)
6101 Goldtree Way
Bethesda, MD 20817

LAW OFFICES
WILLIAMS & WILLIAMS, P.C.

JOHN C. WILLIAMS, ESQ. (#12813)
Attorney for Plaintiffs