IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARLOW B. KERR, et al.
    Plaintiff(s)

vs.    Civil No.: WMN-02-1253

DEBORAH LEE CALLAWAY, et al.
    Defendant(s)

\*\*\*\*\*\*

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636 and Local Rules 301 and 302 of the United States District Court for the District of Maryland, this case is hereby referred to the Honorable **Jillyn K. Schulze**, United States Magistrate Judge for said District, for the following purpose(s):

- [X] Settlement or other ADR conference.

- [ ] Hearing (if necessary) and determination of non-dispositive pretrial matters as follows:

- [ ] All discovery disputes.

- [ ] Specifically, _____
_____.

- [ ] Hearing (if necessary), proposed findings of fact, and recommendations for the disposition of a prisoner petition challenging conditions of confinement.

- [ ] Hearing (if necessary), proposed findings of fact, and recommendations for the disposition of applications for post-trial relief under 28 U.S.C. §§ 2254 and 2255 made by individuals convicted of criminal offenses.

- [ ] Hearing (if necessary), proposed findings of fact, and recommendations as to dispositive pretrial matters as follows:

- [ ] Motions to review administrative determinations in a Social Security or related benefits case pursuant to 42 U.S.C. § 405(g).

- [ ] Specifically, _____
_____.

U.S. District Court (Rev. 1/2000)

☐     Final determination of dispositive pretrial matters pursuant to 28 U.S.C. § 636(c)*: specifically, _____
_____.

☐     Service as special master in accordance with Fed. R. Civ. P. 53 (complicated issues or exceptional condition involved).

☐     Ordering and conducting supplementary proceedings in accordance with Md. R. Proc. 2-633.

☐     Reviewing a default judgment.

☐     Other:_____
_____.

Date: _____7/24/02_____          _____
William M. Nickerson
Senior United States District Judge

U.S. District Court (Rev. 1/2000)