IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

**MARLOW B. KERR, et al.**              \*

    Plaintiffs                                      \*

v.                                                      \*   Civil Action No.: WMV 02CV1253
                                                             Magistrate Judge Charles B. Day

**DEBORAH LEE CALLAWAY, et al.**         \*

    Defendants                                    \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER OF SETTLEMENT

**UPON CONSIDERATION** of the Stipulation to Settlement, Stipulation of Dismissal, and the *in camera* discussions between the Court and the attorneys for the parties hereto of the terms of the confidential Settlement Agreement and Release entered into by the parties, it is this 26th day of September, 2002, by the United States District Court for the District of Maryland,

**ORDERED**, that Settlement be made in favor of the Plaintiffs as well as and including Brendalyn M. Bradley-Kerr, as Trustee under Title 13 of the Estates and Trust Article, Annotated Code of Maryland and individually and as Mother and Next Friend of Caymon B. Kerr and Nina Kerr, both being minors, pursuant to the Maryland Uniform Transfer to Minors Act; and it is further

**ORDERED**, that the net sum from the settlement in favor of the minors be deposited in respective interest bearing accounts to be held in the Guardianship Estate of each respective minor pursuant to § 13-403 (d) of the Estate and Trust article of the Ann. Code of Maryland.

LAW OFFICES
SAUNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-200
SILVER SPRING, MD 20910

AREA CODE 301
588-7717

_____
Judge
U.S. District Court

*Copies to:*

John C. Williams, Esquire
Law Offices Williams & Williams, P.C.
888 Seventh Street, N.W.
Brawner Building, Suite 504
Washington, DC 20006

James P. O'Meara, Esquire
Rollins, Smalkin, Richards, & Mackie, LLC
401 North Charles Street
Baltimore, MD 21201

Jeffrey R. Schmieler, Esquire
Alan B. Neurick, Esquire
Saunders & Schmieler, P.C.
8737 Colesville Road
Suite L-200
Silver Spring, MD 20910



LAW OFFICES
SAUNDERS & SCHMIELER, P.C.
8737 COLESVILLE ROAD
SUITE L-200
SILVER SPRING, MD 20910

AREA CODE 301
588-7717